**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **IN RE:** | |
| **ANDRES MENDEZ GONZALEZ<br>AIDA S ORTIZ FONSECA** | **CASE NO. 10-04999 BKT** |
| **DEBTOR(S)** | **Chapter 13** |
| **ANDRES MENDEZ GONZALEZ<br>AIDA S ORTIZ FONSECA** | **ADVERSARY NUMBER: 10-00156** |
| **PLAINTIFF(S)**<br>**BANCO SANTANDER DE PR; ET ALS** | **FILED & ENTERED ON 09/23/2010** |
| **DEFENDANT(S)** | |

### ORDER SETTING PRE-TRIAL SCHEDULING CONFERENCE

TO THE ATTORNEY IN THE ABOVE CASE:

You are hereby notified that by an order of the Honorable Brian K. Tester, a pre-trial scheduling conference in the above captioned case will be held on **12/15/2010 at 9:00 A.M.** at the U.S. Bankruptcy Court for the District of Puerto Rico, U.S. Post Office & Courthouse Bldg., 300 Recinto Sur, Third Floor, Courtroom #3, San Juan, Puerto Rico. This conference will be governed by Rule 7016 of the Rules of Bankruptcy Procedure and Rule 16 of the Local Rules of the U.S. District Court for the District which is hereby adopted to be used in this proceeding.

IT IS SO ORDERED that each party be represented by the attorney who expects to conduct the actual trial and that each attorney be familiar with the rules of pre trial aforementioned.

Counsels are directed to meet informally prior to the date of the preliminary pre-trial conference to discuss settlement, and if settlement cannot be reached, to discuss any necessary discovery and to schedule a pre-trial hearing date. A meeting of counsel on the date of the pre-trial does not comply with the spirit of this Order.

IT IS FURTHER ORDERED that failure to comply with this order may result in the imposition of any sanctions that the Court may deem appropriate including the dismissal of the case.

**The Clerk to notify plaintiff and plaintiff to give notice of this order and file a certificate of service with the Court within ten (10) days.**

GIVEN in San Juan, Puerto Rico, this 23 day of September, 2010.

**Brian K. Tester
U.S. Bankruptcy Judge**