## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO

IN RE:

ANDRES MENDEZ GONZALEZ          CASE NO. 10-04999-BKT
AIDA S. ORTIZ FONSECA           CHAPTER 13

DEBTOR(S)

ANDRES MENDEZ GONZALEZ          ADV. NO. 10-00156-BKT
AIDA S. ORTIZ FONSECA

PLAINTIFF(S)

BANCO SANTANDER DE PUERTO RICO;
ALEJANDRO OLIVERAS RIVERA, ESQ.
CHAPTER 13 TRUSTEE

DEFENDANT(S)

---

### TRUSTEE'S MOTION FOR ENTRY OF ORDER
### DUE TO NO ACCESS TO DOCKET 15

**TO THE HONORABLE COURT:**

Comes now, Alejandro Oliveras Rivera, Chapter 13 Trustee, in the case, represented by the undersigned counsel and very respectfully states and prays:

1. Debtors and creditor Banco Santander de Puerto Rico filed a settlement agreement in Docket 15. Said document cannot be opened as access has been denied. Dkt.15

2. The trustee hereby requests that this Honorable Court order the above mentioned parties to re-file the settlement agreement.

**WHEREFORE,** for the reasons stated above it is respectfully

requested from the Court to take knowledge of the above and issue the corresponding orders in accordance to the foregoing motion.

**RESPECTFULLY SUBMITTED.**

**NOTICE:** Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party in interest whom this document has been served, or any other party to the action who objects the relief sought herein, shall serve and file an objection or other appropriate response to this document with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the document will be deemed unopposed and may be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise. If you file a timely response, the Court may – in its discretion – schedule a hearing. 9013-1(h)(1).

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all CM/ECF participants in this adversary proceding. Furthermore, I hereby certify that I have mailed by first class U.S. Mail postage prepaid to the following non-CM/ECF participants: debtor, at his mailing address of record

In San Juan, Puerto Rico, this 29th day of December, 2010.

**ALEJANDRO OLIVERAS RIVERA**
**CHAPTER 13 TRUSTEE**
P.O. Box 9024062
San Juan, PR 00902-4062
Tel. 977-3500  Fax 977-3521

By: ***/s/Miriam D. Salwen Acosta***
Miriam D. Salwen Acosta
Staff Attorney
USDC-PR # 208910