# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| ANDRES MENDEZ GONZALEZ | CASE NO. 10-04999 BKT |
| AIDA S ORTIZ FONSECA | CHAPTER 13 |
| Debtor(s) | ADVERSARY NO. 10-00156 |
| ANDRES MENDEZ GONZALEZ | |
| AIDA S ORTIZ FONSECA | |
| Plaintiff | |
| BANCO SANTANDER PR; ALEJANDRO OLIVERAS RIVERA ,TRUSTEE | FILED & ENTERED ON 01/14/2011 |
| Defendant(s) | |

## ORDER

The motion in compliance with order and request for leave to file private agreement filed by plaintiffs (docket #20) is NOTED. Plaintiff to file the agreement under seal within ten (10) days.

SO ORDERED.

San Juan, Puerto Rico, this 14 day of January, 2011.

Brian K. Tester
U.S. Bankruptcy Judge