IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>ANDRES MENDEZ GONZALEZ<br>AIDA S ORTIZ FONSECA<br>Debtor(s)<br>ANDRES MENDEZ GONZALEZ<br>AIDA S ORTIZ FONSECA<br>Plaintiff<br>BANCO SANTANDER PR; ALEJANDRO OLIVERAS RIVERA ,TRUSTEE<br>Defendant(s) | CASE NO. 10-04999 BKT<br>CHAPTER 13<br>ADVERSARY NO. 10-00156<br><br><br><br>FILED & ENTERED ON 01/14/2011 |

## ORDER

The motion in compliance with order and request for leave to file private agreement filed by plaintiffs (docket #20) is NOTED. Plaintiff to file the agreement under seal within ten (10) days.

SO ORDERED.

San Juan, Puerto Rico, this 14 day of January, 2011.

Brian K. Tester
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0104-3           User: aguayob              Page 1 of 1              Date Rcvd: Jan 14, 2011
Case: 10-00156                 Form ID: pdf001            Total Noticed: 15
```

The following entities were noticed by first class mail on Jan 16, 2011.
```
smg          DEPARTAMENTO DE HACIENDA,   PO BOX 9024140,   OFICINA 424-B,   SAN JUAN, PR  00902-4140
smg          FEDERAL LITIGATION DEPT. OF JUSTICE,   PO BOX 9020192,   SAN JUAN, PR  00902-0192
smg          PR DEPARTMENT OF LABOR,   PRUDENCIO RIVERA MARTINEZ BLDG,   505 MUNOZ RIVERA AVENUE,   12 FLOOR,
             SAN JUAN, PR  00918
ust          WIGBERTO LUGO MENDER,   LUGO MENDER&CO,   CENTRO INTERNACIONAL DE MERCADEO,
             CARR 165 TORRE I SUITE 501,   GUAYNABO, PR  00968
pla         +AIDA S ORTIZ FONSECA,   165 AVE HOSTOS APT A 537,   COND EL MONTE NORTE,
             SAN JUAN, PR  00918-4281
pla         +ANDRES MENDEZ GONZALEZ,   165 AVE HOSTOS APT A 537,   COND EL MONTE NORTE,
             SAN JUAN, PR  00918-4281
```

The following entities were noticed by electronic transmission on Jan 14, 2011.
```
smg         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         US TRUSTEE,   EDIFICIO OCHOA,
             500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         EDWARD A. GODOY,
             OFFICE OF THE U. S. TRUSTEE,   OCHOA BUILDING, 3RD FLOOR,   500 TANCA STREET, SUITE 301,
             SAN JUAN, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         JOSE CARLOS DIAZ-VEGA,
             U.S. Trsutee,   Ochoa Building,   500 Tanca Street, Suite 301,   San Juan, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         MONSITA LECAROZ ARRIBA (ER),
             OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,   500 TANCA STREET SUITE 301,
             SAN JUAN, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         MONSITA LECAROZ ARRIBAS,
             OFFICE OF THE US TRUSTEE (UST),   OCHOA BUILDING,   500 TANCA STREET  SUITE 301,
             SAN JUAN, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         MONSITA LECAROZ ARRIBAS (MM),
             OFFICE OF THE US TRUSTEE,   OCHOA BUILDING,   500 TANCA STREET SUITE 301,
             SAN JUAN, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         NANCY PUJALS,
             OFFICE OF THE US TRUSTEE,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
ust         +E-mail/Text: ustpregion21.hr.ecf@usdoj.gov                         OFFICE U.S. TRUSTEE,
             EXECUTIVE OFFICE OF THE US TRUSTEE,   500 TANCA STREET,   SUITE 301,   SAN JUAN, PR 00901-1938
dft          E-mail/Text: enotice@ch13sju.com                         ALEJANDRO OLIVERAS RIVERA,
             CHAPTER 13 TRUSTEE,   PO BOX 9024062,   SAN JUAN, PR  00902-4062
                                                                                             TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust          TRACY N SCHROEDER,   US TRUSTEE OFFICE
dft          BANCO SANTANDER DE PUERTO RICO
ust*        +US TRUSTEE,   EDIFICIO OCHOA,   500 TANCA STREET SUITE 301,   SAN JUAN, PR 00901-1938
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 16, 2011**                              **Signature:** _Joseph Speetjens_